IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-13-00090 |
| v. | ) | |
| | ) | |
| OSWALDO NIETO VEGA | ) | |

O R D E R

The Court is in receipt of a Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty signed by the defendant and his counsel. The Waiver is in Spanish. The Court cannot read Spanish. There is no indication that the Court's approved Waiver form that is on the Court's website has been translated into Spanish, resulting in the Waiver form that the defendant signed.

However, the Court has confirmed through its Spanish fluent summer intern that the Waiver signed by the defendant is an accurate translation of the Court's Waiver form. Therefore, as provided on the form, the defendant's plea of not guilty has been entered as of July 29, 2013, the date originally scheduled for the arraignment, and the defendant need not appear for the arraignment on July 29, 2013.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge