# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:13-cr-00116 |
| ) | No. 3:13-cr-00090 |
| ) | Judge Kevin Sharp |
| OSVALDO NIETO-VEGA ) | |

## AGREED MOTION TO CONTINUE SENTENCING HEARING

Osvaldo Nieto-Vega, through his attorney John P. Cauley, moves that his sentencing hearing, currently set for December 9, 2013, be continued to January 8, 2014 at 1:30 PM. As grounds for this motion counsel asserts that he needs some additional time consult with his client and prepare for sentencing.

WHEREFORE, Defendant Nieto-Vega respectfully requests that this Honorable Court grant the instant Motion.

> Respectfully submitted,
>
> /s/ John P. Cauley
> John P. Cauley, Attorney
> 1550 West McEwen Drive
> Suite 300, Box 19
> Franklin, TN 37067
> (615) 790-2426
> john@johncauley.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2013 a copy of the foregoing was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, namely Assistant U.S. Attorney Hester